FILED
2008 JAN 23 PM 3:33

[signature] KNY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case '08 CR 0211 BTM |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| GUADALUPE HERAS DE MELO-SAMPER (1), ERICK MELO-SAMPER HERAS (2), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

On or about December 27, 2007, within the Southern District of California, defendants GUADALUPE HERAS DE MELO-SAMPER and ERICK MELO-SAMPER HERAS did knowingly and intentionally import 5 kilograms and more, to wit: approximately 26.90 kilograms (59.18 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

//

JDM:fer:San Diego
1/17/08

<u>Count 2</u>

On or about December 27, 2007, within the Southern District of California, defendants GUADALUPE HERAS DE MELO-SAMPER and ERICK MELO-SAMPER HERAS did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 26.90 kilograms (59.18 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: January 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney