1  **JASON I. SER**
   California State Bar No. 201816
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  jason_ser@fd.org

5  Attorneys for Mr. Melo-Samper

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE BARRY T. MOSKOWITZ)**

11 | UNITED STATES OF AMERICA,           ) | Case No.: 08cr0211-BTM
   |                                     ) |
12 |            Plaintiff,               ) | Date:  February 29, 2008
   |                                     ) | Time:  1:30 p.m.
13 | v.                                  ) |
   |                                     ) | **NOTICE OF MOTIONS AND**
14 | GUADALUPE HERAS                     ) | **MOTIONS TO:**
   |         DE MELO-SAMPER (1),         ) |
15 | ERICK MELO-SAMPER HERAS (2),        ) | **(1) DISMISS THE INDICTMENT DUE TO**
   |                                     ) |     **MISINSTRUCTION OF THE GRAND**
16 |            Defendant.               ) |     **JURY;**
   |                                     ) | **(2) PRESERVE AND INSPECT EVIDENCE;**
17 |                                     ) | **(3) COMPEL DISCOVERY;**
   |                                     ) | **(4) JOIN IN CO-DEFENDANTS' MOTIONS;**
18 |                                     ) |     **AND,**
   |                                     ) | **(5) GRANT LEAVE TO FILE FURTHER**
19 | _____ ) |     **MOTIONS**

20 TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          STEWART M. YOUNG, ASSISTANT UNITED STATES ATTORNEY:
21
        **PLEASE TAKE NOTICE** that on February 29, 2008, at 1:30 p.m., or as soon thereafter as counsel
22
   may be heard, the accused, Erick Melo-Samper Heras, by and through his attorneys, Jason I. Ser and Federal
23
   Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.
24
   //
25
   //
26

27

28

                                                                                              08cr0211-BTM

**MOTIONS**

Defendant, Mr. Melo-Samper, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Dismiss the Indictment Due to Misinstruction of the Grand Jury;
(2) Preserve and Inspect Evidence;
(3) Compel Discovery;
(4) Join in Co-Defendant's Motions; and,
(5) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: February 15, 2008

*/s/ Jason I. Ser*
JASON I. SER
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Melo-Samper
E-mail: jason_ser@fd.org