UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08cr0211-BTM |
| | ) | |
| Plaintiff, | ) | Date: February 29, 2008 |
| | ) | Time: 1:30 p.m. |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| ERICK MELO-SAMPER HERAS (2), | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing pleading has been electronically served this day upon:

>STEWART YOUNG
>U.S. Attorney's Office
>880 Front Street
>San Diego, CA  92101
>
>DAVID J. ZUGMAN
>Counsel for Ms. deMelo-Samper

Dated:  February 15, 2008

 _/s/ Jason I. Ser_
**JASON I. SER**
Attorneys for Mr. Melo-Samper
Email: jason_ser@fd.org