```
 1  DAVID J. ZUGMAN
    California State Bar Number 190818
 2  964 Fifth Avenue, Suite 300
    San Diego, California  92101
 3  Telephone: (619) 699-5931
    Facsimile: (619) 699-5932
 4  dzugman@burchamzugman.com

 5  Attorney for Guadalupe Heras De Melo-Samper

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE BARRY TED MOSKOWITZ)

11  UNITED STATES OF AMERICA,    )   Case No. 08CR0211-BTM
                                 )
12              Plaintiff,       )   Date: March 28, 2008
                                 )   Time: 2:00 p.m.
13  v.                           )
                                 )
14  GUADALUPE,                   )   NOTICE OF JOINT MOTION
        HERAS DE MELO-SAMPER (1),)   TO CONTINUE CASE
15  ERICK,                       )   AND DECLARATION OF DAVID
        HERAS DE MELO-SAMPER (2),)   ZUGMAN IN SUPPORT OF MOTION
16                               )
                Defendants.      )
17  _____)
```

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and STEWART MICHAEL
      YOUNG, ASSISTANT UNITED STATES ATTORNEY

     PLEASE TAKE NOTICE that Defendants, Guadalupe Heras De Melo-Samper and Erick Heras De Melo-Samper, by and through Counsel, David J. Zugman and Jason Ser, hereby file this joint motion to continue the motion hearing currently scheduled for March 28, 2008, at 2:00 p.m. to May 9th 2008, at 1:30 p.m.. The government, per its Attorney Stewart Young, joins in this motion. The next court date that works for all counsel and which has been cleared by this Court's Clerk is May 9, 2008, at 1:30 p.m..

     This motion is necessary because of a technical difficulty regarding the DVD copies of the statements of the defendants. A

complete version of the statement only became available today which was too late to file timely motions for the March 28th hearing.  The May 9 date is the first date that works for all counsel which reasonably assures that the translations will be ready.

The parties stipulate to this continuance.  The parties ask that the motions be held open as necessary evidence for deciding the motions needs to be compiled and adduced.  <u>See</u> 18 U.S.C. Section 3161(h)(1)(F).

**IT IS SO STIPULATED:**

Dated: March 18, 2008        <u>S/David Zugman</u>
                             DAVID ZUGMAN
                             ATTORNEY FOR MS. HERAS DE MELO-SAMPER

Dated: March 18, 2008        <u>S/Jason Ser</u>
                             DAVID ZUGMAN
                             ATTORNEY FOR MR. HERAS DE MELO-SAMPER

Dated: March 18, 2008        <u>S/Stewart Young</u>
                             STEWART YOUNG
                             ASSISTANT U.S. ATTORNEY

<u>PROOF OF SERVICE</u>

I, the undersigned, declare that:

1. I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California; and my business address is 964 Fifth Avenue, Suite 300, San Diego, California, 92101-5008.

2. I am effecting service of the JOINT MOTION TO CONTINUE AND DECLARATION IN SUPPORT THEREOF on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    Stewart Young, Assistant U.S. Attorney
    Office of the U.S. Attorney
    880 Front Street
    San Diego, CA 92101

    Jason Ser
    Federal Defenders of San Diego
    225 Broadway, Suite 900
    San Diego, CA 92101

3. I hereby certify that I have mailed the foregoing, by United States Postal Service to the following non-EFC participants in this case:

    1. N/A

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2008.

S/David Zugman
DAVID J. ZUGMAN