1  KAREN P. HEWITT
   United States Attorney
2  STEWART M. YOUNG
   Assistant U.S. Attorney
3  California State Bar No. 234889
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6228

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
MAY 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10 
11 UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR211
                                  )   07-CR-3356-L
12            Plaintiff,           )
                                  )
13      v.                         )
                                  )   DECLARATION OF ERICK HERAS DE
14                                 )   MELO-SAMPER (D2) EXONERATING
                                  )   GUADALUPE HERAS DE MELO-
15 ERICK MELO-SAMPER HERAS (D2),) SAMPER (D1)
                                  )
16            Defendant.           )
                                  )
17 _____)

                        DECLARATION

18 I, Erick Melo-Samper Heras, hereby declare as follows:

19 1.   On or about December 27, 2007, I knowingly and intentionally was the driver of a 2003
20      Mitsubishi Montero bearing California license plate number 5PUK061 (the "vehicle"),
21      which was driven from Mexico into the United States through the San Ysidro, California,
22      Port of Entry (San Ysidro POE).
23 2.   At the time the vehicle described above entered the United States through the San Ysidro
24      POE, concealed within the vehicle was approximately 26.90 kilograms/ 59.90 pounds of
25      cocaine, a Schedule II controlled substance.
26
27
28
                                                                              EMSH

3. At the time I knowingly and intentionally drove the vehicle described above, which entered into the United States through the San Ysidro POE, I knew that the vehicle contained approximately 26.90 kilograms/ 59.90 pounds of cocaine, or some other prohibited drug.

4. At the time I knowingly and intentionally drove the vehicle described above, which entered into the United States through the San Ysidro POE, Guadalupe Heras De Melo-Samper (D1) was a passenger in the vehicle. She had no knowledge of the cocaine or any other prohibited drugs concealed within the vehicle.

5. I have informed the Government that I will plead guilty to one count of the Indictment charging me with knowingly and intentionally importing 50 kilograms and more; to wit, approximately 26.90 kilograms/ 59.90 pounds of cocaine, a Schedule II controlled substance, into the United States from a place outside thereof, on or about December 27, 2007, within the Southern District of California, in violation of 21 U.S.C. §§ 952 and 960.

6. If I do not plead guilty to the charge set forth above, for any reason, or thereafter withdraw my guilty plea to that charge, I agree that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal, or collateral attack, that the stipulated facts set forth in paragraphs 1-5 shall be admitted as substantive evidence.

7. By signing this declaration, I certify that I have read it (or that it has been read to me in my native language) and that I have discussed the terms of this declaration with defense counsel and fully understand its meaning and effect.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/8/08

ERICK MELO-SAMPER HERAS